**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1454**

ANDREW SCOTT WALLACE,

Plaintiff - Appellant,

v.

JEFFREY THOMAS TROST; WILLIAM VOLLMAR, II, M.D.; STEPHEN G.
DIAMANTONI, M.D.; DIAMANTONI & ASSOCIATES; JOHN OR JANE DOE,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District
Judge.  (8:13-cv-00101-DKC)

Submitted:  June 20, 2013          Decided:  June 25, 2013

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andrew Scott Wallace, Appellant Pro Se.  Steven Andrew Book, M.
Natalie McSherry, KRAMON & GRAHAM, PA, Baltimore, Maryland; Jan
I. Berlage, GOHN, HANKEY & STICHEL, LLP, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Scott Wallace appeals the district court's order denying his motion to remand under 28 U.S.C. § 1447(c) (2006) and granting defendants' motions to dismiss the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Wallace v. Trost</u>, No. 8:13-cv-00101-DKC (D. Md. Mar. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>